## 49527. HODGES et al. v. COMMUNITY LOAN & INVESTMENT CORPORATION.

CLARK, Judge.

Our original decision in this case was reversed by the Supreme Court (234 Ga. 427) as to the first division thereof and affirmed as to the second division. The opinion and judgment of the Supreme Court is therefore made the opinion and judgment of this court.

*Judgment affirmed in part and reversed in part. Bell, C. J., and Quillian, J., concur.*

DECIDED JUNE 24, 1975.

*Antonio L. Thomas, Thulani Gcabashe,* for appellants.

*Schwall & Heuett, Lee S. Alexander,* for appellee.